**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Little Saigon Supermarket, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-4873594** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**4843 Doreen Avenue**<br>**Temple City, CA 91780**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**10932 Westminster Avenue Garden Grove, CA 92843**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Little Saigon Supermarket, LLC** _____   Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Little Saigon Supermarket, LLC** _____    Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Little Saigon Supermarket, LLC**     Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2017**
                MM / DD / YYYY

**X**   **/s/ Peter T. Nguyen**               **Peter T. Nguyen**
Signature of authorized representative of debtor     Printed name

Title    **Manager, Sun Valley Management, LLC**

**18. Signature of attorney**

**X**   **/s/ Elaine V. Nguyen**          Date **August 20, 2017**
Signature of attorney for debtor               MM / DD / YYYY

**Elaine V. Nguyen**
Printed name

**Weintraub & Selth, APC**
Firm name

**11766 Wilshire Boulevard**
**Suite 1170**
**Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone **(310) 207-1494**     Email address

**256432**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Little Saigon Supermarket, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Industry Supermarket, LLC** 21580 Valley Blvd. Walnut, CA 91789 | | **Loan** | | | | $185,749.00 |
| **HMZ Retail, LP** c/o Packard Management Corp 9555 Chesapeake Drive San Diego, CA 92123 | | **Arrears for Retail Lease Dated 11/11/2015** | **Disputed** | | | $114,650.35 |
| **Catherine Huang** 1300 Carpe Myrtle Azusa, CA 91702 | | **Loan** | | | | $50,000.00 |
| **Hans Meats Inc.** 8504 Firestone Blvd. #203 Downey, CA 90241 | | **Trade debt** | | | | $23,219.13 |
| **Minh's Meat** P.O. Box 26649 Santa Ana, CA 92799 | | **Trade debt** | | | | $18,620.73 |
| **H.C. Foods Co., Ltd.** P.O. Box 911429 Los Angeles, CA 90091 | | **Trade debt** | | | | $13,271.40 |
| **Harvest Meat Company, Inc.** P.O. Box 58608 Los Angeles, CA 90058 | | **Trade debt** | | | | $12,534.18 |
| **Rain Forest Produce** P.O. Box 21346 Los Angeles, CA 90021 | | **Trade debt** | | | | $6,863.00 |

Debtor **Little Saigon Supermarket, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Abhing Corporation** <br> 25550 Pellissier Place <br> City of Industry, CA 90601 | | Trade debt | | | | $6,015.23 |
| **Hung Nguyen** <br> 8581 Orangewood Blvd. <br> Garden Grove, CA 92843 | | Repairs | | | | $6,000.00 |
| **Nam Nguyen** <br> 14128 Fairgrove Avenue <br> La Puente, CA 91746 | | Trade debt | | | | $5,610.00 |
| **JFC International Inc.** <br> 7101 E. Slauson Avenue <br> Commerce, CA 90040 | | Trade debt | | | | $4,729.82 |
| **Lucky Taro** <br> 1884 East 22nd Street <br> Los Angeles, CA 90058 | | Trade debt | | | | $4,488.00 |
| **Hudson Butcher Supply** <br> 7425 Lampson Avenue <br> Garden Grove, CA 92843 | | Trade debt | | | | $3,600.00 |
| **Sea Win Inc.** <br> 526 Stanford Avenue <br> Los Angeles, CA 90013 | | Trade debt | | | | $3,549.50 |
| **J. Enterprises** <br> 4611 Sheila Street <br> Commerce, CA 90040 | | Trade debt | | | | $3,238.00 |
| **Quoc Viet Food, Inc.** <br> 9353 Bolsa Avenue, Suite K #D60 <br> Westminster, CA 92683 | | Trade debt | | | | $3,060.97 |
| **A.N Wholesales** <br> 13896 Harbor Blvd. #5 <br> Garden Grove, CA 92843 | | Trade debt | | | | $2,895.30 |

Debtor **Little Saigon Supermarket, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coca Cola**  P.O. Box 740214  Los Angeles, CA 90074 | | **Trade debt** | | | | $2,661.38 |
| **New Japan International**  6464 Flotilla Street  Commerce, CA 90040 | | **Trade debt** | | | | $2,629.60 |

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Date: **August 20, 2017**

/s/ Peter T. Nguyen
**Peter T. Nguyen**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Elaine V. Nguyen**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: **256432** | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Little Saigon Supermarket, LLC**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**5**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 20, 2017**        /s/ Peter T. Nguyen
                                 Signature of Debtor 1

Date:                            
                                 Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 20, 2017**        **/s/ Elaine V. Nguyen**
                                 Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
*December 2015*                                                                  **F 1007-1.MAILING.LIST.VERIFICATION**

Little Saigon Supermarket, LLC
4843 Doreen Avenue
Temple City, CA 91780


Elaine V. Nguyen
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


A.N Wholesales
13896 Harbor Blvd. #5
Garden Grove, CA 92843


Abhing Corporation
25550 Pellissier Place
City of Industry, CA 90601


Catherine Huang
1300 Carpe Myrtle
Azusa, CA 91702


City of Industry Supermarket, LLC
21580 Valley Blvd.
Walnut, CA 91789


Coca Cola
P.O. Box 740214
Los Angeles, CA 90074


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

```
Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


H.C. Foods Co., Ltd.
P.O. Box 911429
Los Angeles, CA 90091


Hans Meats Inc.
8504 Firestone Blvd. #203
Downey, CA 90241


Harvest Meat Company, Inc.
P.O. Box 58608
Los Angeles, CA 90058


HMZ Retail, LP
c/o Packard Management Corp
9555 Chesapeake Drive
San Diego, CA 92123


Hudson Butcher Supply
7425 Lampson Avenue
Garden Grove, CA 92843


Hung Nguyen
8581 Orangewood Blvd.
Garden Grove, CA 92843


In Suk Suh
c/o Troy S. An Esq.
3600 Wilshire Blvd., Suite 1801
Los Angeles, CA 90010
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J. Enterprises
4611 Sheila Street
Commerce, CA 90040


Jasmine Nguyen
15751 Brookhurst St. #101
Westminster, CA 92683


JFC International Inc.
7101 E. Slauson Avenue
Commerce, CA 90040


Lamb & Kawakami LLP
333 South Grand Avenue, Ste 4200
Los Angeles, CA 90007-1000


Leslie A. Bower
Bower & Associates
PO Box 11748
Newport Beach, CA 92658


Lucky Taro
1884 East 22nd Street
Los Angeles, CA 90058


Minh's Meat
P.O. Box 26649
Santa Ana, CA 92799
```

Nam Nguyen
14128 Fairgrove Avenue
La Puente, CA 91746


New Japan International
6464 Flotilla Street
Commerce, CA 90040


Pepsi Beverage Company
6261 Caballero Blvd.
Buena Park, CA 90620


Planet Coffee Roasters, Inc.
217 S. Ninth Avenue
La Puente, CA 91746


Quoc Viet Food, Inc.
9353 Bolsa Avenue, Suite K #D60
Westminster, CA 92683


Rain Forest Produce
P.O. Box 21346
Los Angeles, CA 90021


Richard Chhor
7667 Steddom Dr.
Monterey Park, CA 91755


Sea Win Inc.
526 Stanford Avenue
Los Angeles, CA 90013

```
State Board Of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


YHS Trading
755 Epperson Drive
City of Industry, CA 91748
```